✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

TUAN AN HO

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 2:14-mj-0741-PAL

CHARGING DISTRICTS
CASE NUMBER: CR 05 1112

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Central District of California; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the (Not Applicable)
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

U.S. District Court, Central District of California
255 East Temple Street
Los Angeles, CA

on 12/05/2014 .
*Date and Time*

*Signature of Judge*

11/14/2014                PEGGY A. LEEN, United States Magistrate Judge
*Date*                     *Name and Title of Judge*